October 17, 1979.

423 A.2d 1310

Commonwealth v. Brooks, Appellant.

Argued August 28, 1979. Wayne S. Lipecky, Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgments of sentence affirmed.

423 A.2d 1311

Commonwealth v. Carroll, Appellant.

Argued August 28, 1979. George G. Mahfood, for appellant; Janet R. Necessary, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.